IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **NORRIS W. JOHNSON** | § |
| | § |
| | §   **CIVIL ACTION NO. 5:08-cv-01332** |
| **VS.** | §   **JURY DEMANDED** |
| | § |
| **EXPLO SYSTEMS, INC.** | § |

## ORDER

Came on this day the parties' Joint Motion for Approval of Settlement Agreement. After considering same, the court is of the opinion that this Joint Motion for Approval of Settlement Agreement should be granted.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Joint Motion for Approval of Settlement Agreement is GRANTED. The settlement is found to be fair and reasonable. All claims among all parties have been resolved, so the clerk is directed to close this case.

SHREVEPORT, LOUISIANA this __7th__ day of __June__, 2013.

_____
MAGISTRATE JUDGE