**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **NORRIS W. JOHNSON** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 5:08-cv-01332** |
| **VS.** | § | **JURY DEMANDED** |
| | § | |
| **EXPLO SYSTEMS, INC.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be considered the Plaintiff Norris W. Johnson's Unopposed Motion to Dismiss with Prejudice as to Defendant Explo Systems, Inc.  After careful consideration, the Court is of the opinion that the motion should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that this cause be and hereby is dismissed with prejudice to the rights of Plaintiff to refile same as to Defendant.

Costs of court are to be paid by the parties.

SHREVEPORT, LOUISIANA this ___24___ day of ___June___, 2013.

_____
MAGISTRATE JUDGE